UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CIT GROUP/CONSUMER FINANCE, INC., As Assignee of Commonpoint Mortgage, ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | 1:06-cv-72-SEB-JMS |

## JUDGMENT

On March 14, 2007, the Court denied Plaintiff's Motion for Summary Judgment and ordered the parties to show cause within thirty (30) days why final judgment should not be entered in favor of the Government and Plaintiff's claims dismissed, despite the fact that the Government had not filed a cross-motion for summary judgment. Thereafter, Plaintiff filed a Motion to Reconsider, which the Court denied on May 2, 2007 (Docket Nos. 24 & 30). The Court, having considered the Government's return to the show cause order (Docket No. 25), now finds that the Government is entitled to full and final judgment with respect to the claims asserted in this action, with the following amendment to the summary judgment ruling: The United State's lien if fully enforceable during the period of time when CIT continues to hold title to the property and any enforcement of that lien (while CIT retains title to the property) must recognize the priority of the CIT mortgage lien over the United State's lien.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that full and final judgment is entered in favor of the Government and against Plaintiff. Plaintiff's claims herein are

dismissed.

Date: 05/17/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Erin Reilly Lewis
UNITED STATES ATTORNEY'S OFFICE
erin.lewis@usdoj.gov

Penny J. Meyers
300 Riverwalk Drive
Elkhart, IN 46516

Robert T. Sanders III
SANDERS PIANOWSKI LLP
rsanders@riverwalklaw.com

Karen Ann Smith
U.S. DEPARTMENT OF JUSTICE - TAX DIVISION
karen.a.smith@usdoj.gov